In the Matter. of the Claim of BRIDGET HART, Respondent, against WILSON & COMPANY, INC., et al., . Appellants.

THE STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Hart* v. *Wilson & Co.*, 186 App. Div. 926, affirmed.

(Argued May 20, 1919; decided July 15, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1918, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law, for the death of claimant's husband as the result of tetanus. The decedent was a wool puller. There was evidence that he suffered from eczema of the hands. It was contended that the tetanus germ entered his system through the cracks in his skin causing his death.

*E. C. Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Allan S. Locke* for claimant, respondent.

*Charles D. Newton, Attorney-General* (*E. C. Aiken* of counsel), for State Industrial Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., COLLIN and ANDREWS, JJ.